FRANCES COHEN et al., Appellants, *v.* CITY OF NEW YORK, Respondent.

Argued November 19, 1946; decided January 16, 1947.

*Robert Hyman* and *Jesse L. Goldberg* for appellants.
*John J. Bennett, Corporation Counsel* (*Henry J. Shields* and *Seymour B. Quel* of counsel), for respondent.

Judgments reversed and a new trial granted, with costs to abide the event on the following grounds: The description of the scene of the accident, in the notice of claim, was sufficient. The testimony made out a question of fact for the jury as to whether or not the city had been negligent in failing to remove the snow and ice from the crosswalk. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.